UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 19-12337 |
| | * | |
| ROYAL ALICE PROPERTIES, LLC, | * | SECTION "A" |
| | * | |
| Debtor | * | CHAPTER 11 |
| | * | |

**************************************

## ORDER

Upon considering the *Ex Parte Motion to Expedite Hearing,* (the "Motion To Expedite"), [ECF Doc. 311], on the *Emergency Motion of Debtor Royal Alice Properties, LLC for (A) Reconsideration of the Court's Order Dated September 4, 2020; (B) Authorization to Continue to Prosecute and Defend Adversary Proceedings and/or (C) Stay Pending Appeal,* (the "Motion To Reconsider"), [ECF Doc. 310], and finding good cause for the relief requested,

**IT IS ORDERED** that the Motion To Expedite is GRANTED.

**IT IS FURTHER ORDERED** that the Motion To Reconsider is scheduled for telephonic hearing on **September 17, 2020, at 4:00 p.m., CST** before the undersigned. Any opposition thereto shall be filed on record not later than **September 15, 2020, at 12:00 p.m., CST.** The **Section A dial-in information is 888-684-8852; Access Code: 9318283.**

**IT IS FURTHER ORDERED** that that movant shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, September 11, 2020.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE